DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## BEASLEY-KELSO ASSOCIATES v. TENNEY

No. 86 PC.

Case below: 30 N.C. App. 708.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 December 1976.

## CONSTRUCTION CO. v. COAN

No. 94 PC.

Case below: 30 N.C. App. 731.

Petition by defendants for discretionary review under G.S. 7A-31 denied 7 December 1976.

## GUTHRIE v. RAY

No. 79 PC.

Case below: 31 N.C. App. 142.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 7 December 1976.

## HOMES, INC. v. GAITHER

No. 105 PC.

Case below: 31 N.C. App. 118.

Petition by defendants for discretionary review under G.S. 7A-31 denied 7 December 1976.

## MAZZUCCO v. BOARD OF MEDICAL EXAMINERS

No. 104 PC.

Case below: 31 N.C. App. 47.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 7 December 1976. Motion of defendant to dismiss appeal for lack of substantial constitutional question allowed 7 December 1976.